

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

---

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

June 15, 2022

**VIA E-MAIL**

The Honorable Andrew E. Krause
United States Magistrate Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

    Re:    *United States v. Catherine Seemer a/k/a Catherine D'Onofrio*, **22 Mag. 5084**

Dear Judge Krause:

In light of the arrest of the defendant in the above-titled matter, the Government respectfully requests that the Complaint and related arrest warrant be unsealed.

    Respectfully submitted,

    DAMIAN WILLIAMS
    United States Attorney

By:    /s/ Qais Ghafary
    Qais Ghafary
    Assistant United States Attorney
    Tel: (914) 993-1930

Cc: Richard Portale, Esq. (via E-Mail)

**SO ORDERED.**

*[signature: Andrew Krause]*

ANDREW E. KRAUSE
United States Magistrate Judge

Dated: June 15, 2022